**UNITED STATES COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No.:

SCHULZ SCHOOL ADVISORS, a Florida corporation,

    Plaintiff,

vs.

INTERNATIONAL EDUCATION CORPORATION, a foreign corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, SCHULZ SCHOOL ADVISORS ("SSA"), by and through the undersigned attorneys, sues Defendant, INTERNATIONAL EDUCATION CORPORATION ("IEC"), and alleges the following:

## GENERAL ALLEGATIONS

1. Subject matter jurisdiction in this action is founded upon 28 U.S.C. § 1332.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred within this district. Moreover, pursuant to ¶ 11 of the contract between the parties, venue lies within this district by agreement.

3. SSA brings this action for monetary damages against IEC for failing to pay monies due and owing based upon IEC's breach of the parties' agreement for services provided.

SSA v. IEC
Complaint

4.  Plaintiff, SSA, is a Florida corporation, duly organized and existing under and pursuant to the laws of the state of Florida, with its principal place of address 2831 NW 23rd Court, Boca Raton, FL 33431. Plaintiff is a citizen of the State of Florida.

5.  Defendant, IEC, is a foreign corporation, duly organized and existing under and pursuant to the laws of the state of Delaware, with its principal place of address at 16485 Laguna Canyon #300, Irvine, CA 92618. Defendant is a citizen of the State of California and the State of Delaware.

6.  The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7.  On or around September 16, 2021, SSA and IEC entered into a Non-Exclusive Advisor Agreement (the "contract"), whereby SSA would find and identify potential acquisitions for IEC, in exchange for a "success fee." A true and correct copy of said contract, including exhibits, is attached hereto as **Exhibit "1."**

8.  On September 16, 2021, pursuant to the contract, SSA sent IEC a Notice of Potential Acquisition. *See* **Exhibit "2."** Within, SSA identified "The SAGE Corporation" as a potential acquisition.

9.  Thereafter, on January 24, 2022, IEC sent its "Letter of Intent to Acquire Interest in Sage." *See* **Exhibit "3."** Within, SSA proposed to purchase all of the capital stock of The SAGE Corporation for total consideration of $12 million USD.

10. Upon information and belief, the "Purchase Transaction" has been fully completed by and between IEC and The SAGE Corporation. The transaction has fully closed.

## COUNT I
## BREACH OF CONTRACT

11. SSA re-alleges and reaffirms paragraphs 1 through 10 as if fully set forth herein.

SSA v. IEC
Complaint

12. This is an action for Breach of Contract on behalf of SSA against IEC.

13. At all times material, there existed a valid contract between SSA and IEC, whereby SSA would perform certain services for IEC. *See* Ex. 1.

14. IEC accepted without reservation and without objection, the provision of said services at the agreed upon and reasonable prices as set forth within the contract. *See* Ex, Schedule A – Success Fee.

15. The agreed upon "Success Fee" within the contract is as follows:

The term "Success Fee," which shall be paid by Buyer to Advisor, shall mean five percent (5%) of the first $1 million, 4% of the second $1 million, 3% of the third $1 million, and 2% on everything above $3 million of total Economic Benefit.

16. SSA fully performed its obligations under the contract.

17. Pursuant to the contract, the "Success Fee" on the $12 million "Purchase Transaction" is $300,000.00.

18. IEC materially breached the aforementioned contract when IEC failed and refused to pay the Success Fee to SSA pursuant to the terms of the contract.

19. As a direct and proximate result of IEC's material breaches, SSA has suffered damages.

20. SSA has hired the law firm of Pike & Lustig LLP and is obligated to pay it a reasonable fee. SSA is entitled to an award of its reasonable attorneys' fees, costs, and expenses pursuant to the terms of the contract. *See* Ex. 1, ¶ 11.

**WHEREFORE**, Plaintiff, SCHULZ SCHOOL ADVISORS, respectfully requests that a judgment be entered against Defendant, INTERNATIONAL EDUCATION CORPORATION:

    a. Awarding SSA damages in the amount of $300,000.00.

    b. Awarding SSA additional damages in the event that the actual Economic Benefit was greater than $12 Million.

    c. Awarding SSA reasonable attorneys' fees and costs and expenses of this litigation pursuant to the terms of the contract [Ex. 1, ¶ 11];

    d. Awarding SSA pre- and post-judgment interest; and

    e. Ordering any other and further relief this Honorable Court deems to be just and proper.

Respectfully Submitted on this 17th day of May 2022.

                                  Pike & Lustig, LLP
                                  */s/ Daniel Lustig*
                                  **Michael J. Pike**
                                  Florida Bar No.: 617296
                                  **Daniel Lustig**
                                  Florida Bar No.: 059225
                                  **Robert C. Johnson**
                                  Florida Bar N.: 116419
                                  1209 N. Olive Ave.
                                  West Palm Beach, FL 33401
                                  Telephone: (561) 855-7585
                                  Facsimile: (561) 855-7710
                                  Email: pleadings@pikelustig.com
                                  *Counsel for Plaintiff, SSA*